IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDWARD JONES TRUST COMPANY,**
*as successor trustee of the Karen K. Zipfel*
*Living Trust u/t/d 04/09/2019*                                                              PLAINTIFF

v.                            CASE NO. 4:21-CV-00676-BSM

**WELLS FARGO BANK, N.A.**                                                                   DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE